# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CR 19-00025-DOC | Date | July 7, 2021 |
| Title | United States v. BRIAN PATRICK ROS | | |

Present: The Honorable **Douglas F. McCormick**

| Deputy Clerk: | Court Reporter / Recorder: |
|---|---|
| Nancy Boehme | CourtSmart |

| Attorney(s) Present for Plaintiffs: | Attorney(s) Present for Defendants: |
|---|---|
| | |

**Proceedings:** (In Chambers) Order of Detention after Hearing Held Under 18 U.S.C. § 3148(b)

Defendant appeared after being taken into custody on an arrest warrant issued by United States District Judge David O. Carter after United States Probation and Pretrial Services submitted a petition for action on conditions of pretrial release alleging that Defendant committed a violation of the conditions of his pretrial release. The Court conducted a hearing on the alleged violations. Based on the information presented at the hearing, the Court finds that there is clear and convincing evidence that Defendant violated no-travel condition of his release. The Court also finds that no condition or combination of conditions of release will assure that Defendant will not flee or pose a danger to the safety of any other person or the community. The Court's finding is based on Defendant's alleged violations of the conditions of his release.

Defendant's release is therefore revoked and IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings in this matter.

:  
Initials of Preparer